UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 2:17-cr-40.
                                                      HON. PAUL L. MALONEY

WAYNE PAUL LANGSTON

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 28, 2017, for an initial appearance and arraignment on the Indictment charging defendant with Possess With Intent to Distribute 50 grams or more of Methamphetamine and Possess with Intent to Distribute 100 grams or more of Heroin.

The Government requested the defendant be detained pending further proceedings and pretrial services concurred. Although defendant appeared with an assistant federal public defender at this hearing, he advised the court that he would be retaining his own counsel.

Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Dated:   November 28, 2017      */s/ Timothy P. Greeley*
                                             TIMOTHY P. GREELEY
                                             UNITED STATES MAGISTRATE JUDGE